DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**INDIRA SEEKRISENJEE** and **KUMAR SEERKRISENJEE,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D20-1127

[March 11, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. 17-18079 (21).

Steven E. Gurian of Marin, Eljaiek, Lopez & Martinez, P.L., Coconut Grove, for appellants.

Carlton A. Bober and Paulette Fouts of Vernis & Bowling of Broward, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***